PLEA MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 11-487 RB | UNITED STATES vs. VILLALOBOS, et al., |
|---|---|

Before The Honorable William P. Lynch, United States Magistrate Judge

| Hearing Date: | 8/25/11 | Time in and Out: | 1:39 P.M.-1:55 P.M. (16 min) |
|---|---|---|---|
| Clerk: | V. DELGADO | FTR Information: | TORTUGAS COURTROOM |
| Defendant: | ANGELO VEGA | Defense Counsel: | JESS LILLEY |
| AUSA: | GREGORY MCDONALD STEVEN SPITZER | Interpreter: | NONE |

| | | | |
|---|---|---|---|
| X | Defendant Sworn | | First Appearance |
| X | Consent to proceed before a magistrate judge and original plea agreement reviewed and executed by Deft | | |
| X | Deft acknowledges receipt of:  (Indictment or Information) | | |
| X | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right | | |
| X | Terms and conditions of proposed written plea agreement outlined | | |
| X | Factual predicate to sustain the plea provided | | |
| X | Deft questioned re Deft's age, physical/mental condition, under the influence of alcohol, drugs, or any medication, and advises Deft of charge(s) and possible consequences of the plea | | |
| X | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine supervised release, probation, SPA, restitution, and any forfeitures) | | |
| X | Deft questioned re time to consult with attorney and if satisfied with his or her representation | | |
| X | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into any plea agreement | | |
| X | Deft plead GUILTY to: INFORMATION *(ALL 3 COUNTS)* | | |
| X | Allocution by Deft on elements of charge(s) | | |
| X | Court finds plea freely, voluntarily, and intelligently made, plea of guilty accepted | | |
| X | Deft adjudged guilty | | |
| X | Acceptance of plea agreement deferred until final disposition hearing by district judge | | |
| X | Sentencing Date: TO BE SET | | |
| X | Defendant to Remain in Custody | | |
| | Present conditions of release continued | | Conditions changed to: |
| | Penalty for failure to appear explained | | |
| X | Presentence Report Ordered | | Expedited (Type III) |
| X | Other Matters: GOVERNMENT ORALLY MOVES TO SEAL DEFENDANT'S PLEA AGREEMENT; COURT GRANTS, DEFENDANT'S PLEA AGREEMENT WILL BE SEALED, AS ALL OTHER PLEA AGREEMENTS HAVE BEEN IN THIS CASE. | | |